962 A.2d 631

**Joseph A. ELLIOTT, Sr., Appellant**

v.

**Jeffrey A. BEARD, Ph.D, Secretary of the Pennsylvania Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Jan. 7, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of January, 2009, this appeal from the Commonwealth Court's August 13, 2008 Order denying Appellant's Motion for Reconsideration is quashed. *See, e.g., In re Merrick's Estate,* 432 Pa. 450, 247 A.2d 786, 787 (1968) (quashing appeal from unappealable court order denying reconsideration); *Murkey v. Corbin,* 115 Pa.Cmwlth. 258, 533 A.2d 1091 (1987), *appeal denied,* 520 Pa. 621, 554 A.2d 512 (1988) (same); *Boden v. Tompkins,* 306 Pa.Super. 494, 452 A.2d 833, 834 (1982) (same).